## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD L. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-00803-JD |
| AMAZON.COM SERVICES LLC, doing business as Amazon FC, | ) ) ) ) |
| Defendant. | ) |

### ADMINISTRATIVE CLOSING ORDER

On counsel's representation that the parties have reached a settlement and compromise of all claims in this case, it is ORDERED that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **30** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 4th day of October 2021.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE